```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 34658
   TIMOTHY RICHARD RAPSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4205


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/17/2004 and was confirmed 11/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  17.20% from remaining funds.

     The case was paid in full 06/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
PRINCIPAL RESIDENTIAL MO CURRENT MORTG   44485.00             .00         44485.00
PRINCIPAL RESIDENTIAL MO MORTGAGE ARRE    2255.88             .00          2255.88
ROUNDUP FUNDING LLC      UNSECURED       16249.09             .00          2794.19
SHERMAN ACQUISITION      UNSECURED        7266.85             .00          1249.61
CITY OF CHICAGO PARKING  UNSECURED OTH     510.00             .00           118.16
MBNA AMERICA             UNSECURED      NOT FILED             .00              .00
SERVICE CREDIT UNION     UNSECURED       20183.00             .00          3470.47
PETER FRANCIS GERACI     DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN               TRUSTEE                                          3,189.64
DEBTOR REFUND            REFUND                                           3,637.05

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 63,900.00

PRIORITY                                               .00
SECURED                                          46,740.88
UNSECURED                                         7,632.43
ADMINISTRATIVE                                    2,700.00
TRUSTEE COMPENSATION                              3,189.64
DEBTOR REFUND                                     3,637.05
                        --------------          --------------
TOTALS                  63,900.00                63,900.00




            PAGE  1 - CONTINUED ON NEXT PAGE
   CASE NO. 04 B 34658 TIMOTHY RICHARD RAPSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```